PD-0035-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/9/2015 1:35:05 PM
Accepted 2/11/2015 3:18:04 PM
ABEL ACOSTA
CLERK

PDR NO. PD-0035-15

## IN THE COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

February 11, 2015

ABEL ACOSTA, CLERK

**DANIEL DIAZ, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 253RD Judicial District Court
Liberty County, Texas
Trial Court Cause No. CR29411
And
The Court of Appeals for the Ninth Judicial District of Texas
Beaumont, Texas
No. 09-13-00104-CR

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, DANIEL DIAZ, Appellant and files this, his Motion to Extend Time to File Petition for Discretionary Review for seven (7) days and for good cause would show the Court as follows:

### I.

On February 28, 2013, the appellant was convicted of the offense of Official Oppression in the 253rd Judicial District Court of Liberty County, Texas

in Cause No. CR29411. This case was styled *State of Texas v. Daniel Diaz.* The appellant was assessed a punishment of one year in the Liberty County Jail facility. The notice of appeal was timely filed on March 1, 2013.

On October 22, 2014, the Court of Appeals for the Ninth Judicial District, Beaumont, Texas, affirmed the conviction in Cause No. 09-13-00104-CR. Appellant filed a Motion for Rehearing on November 21, 2014. This motion was overruled on December 10, 2014. Appellant filed a motion to extend the time to file the Petition for Discretionary Review on January 6, 2015. The Petition for Discretionary Review is due on February 9, 2015.

## II.

Appellate Counsel has been working on the following matters over the last 30 days:

1. *United States v. Ramola Brown,* 4:12-CR-00366, in the United States District Court for the Southern District of Texas—Houston Division. This case involves a federal marijuana and cocaine distribution conspiracy based out of Houston, Texas. The trial in this case started on January 27, 2015 and lasted until January 30, 2015. Counsel worked diligently to prepare for trial in this cause, and represent the defendant in trial.

2. *State v. Roy Wayne Jackson, Jr.,* 09-14-00138, 00139, 00140, in the 221st District Court of Montgomery County, Texas. This case involved allegations of continuous sexual abuse of a child and aggravated sexual

2

assault of a child. Trial began in these cases on Monday, February 2nd, 2015. The jury returned a verdict of guilty on Thursday, February 5th, 2015. The punishment phase of trial was completed on that same day. Counsel worked diligently to prepare for that trial, and represent the defendant in this proceeding.

3. *State v. Christopher Washington,* appellate number 01-14-00366-CR in the Court of Appeals for the First District of Texas. This appeal involves a conviction for a non-death capital murder that occurred in Harris County, Texas. The reporter's record was extensive and the issues involved in this appeal were complex. The brief in this cause was filed on January 28, 2015. Counsel spent a large amount of time over the last month preparing that brief and getting it filed in a timely manner.

## III.

Counsel was hired by the Appellant in late December of 2014 to submit a petition for discretionary review in this cause. Counsel is diligently working to review the record on appeal and finalize the Petition for Discretionary Review at this time.

A DVD with the Clerk's Record and Reporter's Record was given to Counsel with the previous attorney's file in early January of 2015. Some of the volumes on this DVD cannot be opened by Counsel at this time. Over the last week, Counsel has been in touch with the previous appellate attorney in this case

3

to get this issue resolved. One volume has still not been recovered at this time, but Counsel is confident that this last issue will be resolved shortly.

Counsel needs additional time to obtain the last volume, review the record on appeal and finalize the Petition for Discretionary Review.

This motion is made pursuant to Tex. R. App. Proc. 68.2(c), additionally complying with Rule 10.5(b) (filed no later than 15 days after the last date for filing the motion).

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that the court grant this motion and extend the time for filing his Petition for Discretionary Review for seven days from February 9, 2015 to February 16, 2015.

Respectfully submitted,

WENDELL A. ODOM, JR.
Texas Bar No. 15208500
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
(713) 224-2815 FAX

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was delivered to the Court of Appeals, a copy being sent to the Assistant District Attorney in this cause by electronic transmission.

WENDELL A. ODOM, JR.

STATE OF TEXAS      §
                        §

COUNTY OF HARRIS     §

On this day personally appeared **WENDELL A. ODOM, JR.**, who stated under oath as follows:

"My name is **WENDELL A. ODOM, JR.** I am the attorney of record for the Appellant in this cause. I have read the foregoing **Motion for an Extension of Time to File Petition for Discretionary Review**, and swear that the matters contained in such motion are true and correct."

_____
WENDELL A. ODOM, JR.

**SWORN TO AND SUBSCRIBED** before me on this the ___9th___ day of __February__, 2015, to which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

YOLANDA MARTINEZ
NOTARY PUBLIC
COMMISSION EXPIRES:
05-11-2018

6

## IN THE COURT OF CRIMINAL APPEALS

DANIEL DIAZ,          §
                             §

        Appellant         §     **PDR NO.     PD-0035-15**

                             §

VS.                           §     **COURT OF APPEALS NO.**
                             §        **09-13-00104-CR**

THE STATE OF TEXAS,       §

                             §     **TRIAL DOCKET NO. CR29411**

        Appellee          §

## ORDER

On this day came on to be heard Appellant's **Motion for Extension of Time to File Petition for Discretionary Review**.

It is the opinion of this Court that the **Motion to Extend Time to File Petition for Discretionary Review** should be and is hereby **GRANTED**, and it is therefore **ORDERED, ADJUDGED** and **DECREED** that the Appellant's Petition for Discretionary Review is due to be filed in this Court on _____ day of _____, 2015.

**SIGNED** on this the _____ day of _____, 2015.

                                     _____

                                         **JUDGE PRESIDING**

7